**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
　E-Mail: Leo.Bautista@lewisbrisbois.com
SUDHIR L. BURGAARD, SB# 263805
　E-Mail: Sudhir.Burgaard@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
**LAW OFFICE OF SIMON ROSEN**
Simon J. Rosen, Esq. *Pro Hac Vice – to be filed*
E-Mail: Simononkey@aol.com
325 Chestnut St., Suite 800
Philadelphia, PA 19106
Telephone: 215.564.0212

Attorneys for Defendant LARA KAJAJIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARISA LOVE KOPETS, an individual, and LARISA LOVE, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br>　vs.<br>LARA KAJAJIAN, an individual,<br>　　　　Defendant. | CASE NO. 2:19-cv-07990<br>*The Honorable Dale S. Fischer*<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION OF NON-RESIDENT ATTORNEY SIMON J. ROSEN TO APPEAR IN THIS MATTER *PRO HAC VICE* (ECF 19)**<br><br>Trial Date:　　None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Application of Non-Resident Attorney Simon J. Rosen to appear in this matter *Pro Hac Vice* for defendant Lara Kajajian (ECF 19) is hereby withdrawn.

DATED: November 11, 2019　　　LEO A. BAUTISTA
　　　　　　　　　　　　　　　SUDHIR L. BURGAARD
　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　By:　　/s/ Sudhir L. Burgaard
　　　　　　　　　　　　　　　　　　Sudhir L. Burgaard
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Lara Kajajian

4833-0332-2796.1

NOTICE OF WITHDRAWAL