# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISA LOVE KOPETS, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>LARA KAJAJIAN<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–07990–DSF–GJS<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 2/5/2021 | / | 50 | / | Request to Amend |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 2/5/2021 | / | 51 | / | Notice of Lodging Proposed SAC |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
The documents are improperly filed and are STRICKEN in favor of a properly noticed motion.

Dated: February 8, 2021    By: /s/ *Dale S. Fischer*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**