LAW OFFICE OF PAMELA KOSLYN
Pamela Koslyn (SBN 120605)
5757 Wilshire Blvd., Penthouse 20
Los Angeles, California 90036
Telephone: 323.467.2200
Facsimile: 323.648.8222
Email: pkoslyn@koslynlaw.com


LAW OFFICE OF DANIEL BALLARD
Daniel Ballard (SBN 219223)
6624 Penney Way
Carmichael, California 95608
Telephone: 916.607.3904
E-mail: DanielBallardLaw@gmail.com


*Attorneys for Plaintiffs Larisa Love Kopets and Larisa Love, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LARISA LOVE KOPETS, an individual, and LARISA LOVE, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>LARA KAJAJIAN, an individual,<br><br>    Defendant. | Case No. 2:19-cv-07990-DSF (GJSx)<br><br>**DECLARATION OF DANIEL BALLARD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER TO CONTINUE THE TRIAL DATE** |
| LARA KAJAJIAN, an individual,<br><br>    Counterclaimant,<br><br>  v.<br><br>LARISA LOVE KOPETS, an individual and LARISA LOVE, LLC, a California limited liability company,<br><br>    Counterdefendants. | |

I, DANIEL N. BALLARD, declare as follows:

1.     I am an attorney at law duly licensed to practice law in the State of California and before this Court.

2.     I am employed by the Law Office of Daniel Ballard in Carmichael, California and serve as counsel for Larisa Love Kopets and Larisa Love, LLC.

3.     I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify under oath as to each of the facts stated herein.

<u>Attempt to Meet and Confer re Motion to Amend Scheduling Order</u>

4.     On *February 15, 2021* I sent an email to Attorney Rosen asking whether he would consent to continue the trial date to July 20, 2021 and extend the motion hearing date deadline to April 12, 2021. The email is attached hereto as **Exhibit A.** Attorney Rosen did not respond.

5.     On *February 17, 2021* I sent an email to Attorney Rosen again asking whether he would consent to continue the trial date. The email is attached as **Exhibit B.** Attorney Rosen responded that day: "I am available on Monday, Feb 22 (Washingtons birthday) to meet and confer with you, as per Her Honor's pretrial Order. Pick a time sir." Because we had not yet meet and conferred regarding the Final Pretrial Conference as required by Local Rule 16-2 I sent him an email that day asking what we would be discussing on February 22. The email is attached as **Exhibit C**. In that email I again asked him whether he would consent to continue the trial date. Attorney Rosen did not respond.

6.     *On February 21, 2021* I sent an email to Attorney Rosen again asking whether he would consent to continue the trial date. The email is attached as **Exhibit D.** Attorney Rosen did not respond. In that email I informed him I would call him the next day—the day he said we was available to meet and confer—at 1:00 PST.

7.     On *February 22, 2021* I called Attorney Rosen at 1:00 PST and 1:15 PST. He did not answer. I left a voice mail message the first time but could not the

second because his voice mailbox was full. That same day I sent Attorney Rosen an email again asking whether he would consent to continue the trial date. The email is attached as **Exhibit E**. Attorney Rosen did not respond.

8.     On *March 1, 2021* I received an email from Attorney Rosen in which he noted: "I obtained my client's consent to obtain extension of the trial date. I can prepare a Stipulation to file today for an extension of the trial, Meet and Confer conference, as well as the extension of the pre-trial deadlines including your anticipated motions." The email is attached as **Exhibit F**. That day I telephoned Attorney Rosen and informed him that the Rules do not allow counsel to merely stipulate to extend the trial date and that I had already prepared, and would be filing, this Motion.

Discovery

9.     Defendant Kajajian did not conduct or propound any discovery through either of her counsel and did not designate any experts. Attorney Rosen served only unverified responses to Kopets' discovery and produced only a fraction of the responsive documents requested (none Bates-labelled) and, though promised, he did not supplement any response or document production.

Attempt to Meet and Confer re Local Rule 16-2

10.     On *January 12, 2021* I sent an email to Attorney Rosen explaining our Local Rule 16-2 meet and confer obligations and the February 10 deadline to hold that meeting. The email is attached as **Exhibit G**.

11.     On *January 23, 2021* I sent an email to Attorney Rosen asking him what day he would be available to hold our Local Rule 16-2 meet and confer discussion. The email is attached as **Exhibit H**. Attorney Rosen did not respond.

12.     On *February 3, 2021* I sent an email to Attorney Rosen again asking him what day he would be available to hold our Local Rule 16-2 meet and confer discussion. The email is attached as **Exhibit I**. Attorney Rosen did not respond.

13.     On *February 4, 2021* I sent an email to Attorney Rosen again asking

1    him what day he would be available to hold our Local Rule 16-2 meet and confer
2    discussion. The email is attached as **Exhibit J**. Attorney Rosen did not respond.

3        14.    On February 17, 2021 I received an email from Attorney Rosen in
4    which he noted: "I am available on Monday, Feb 22 (Washingtons birthday) to meet
5    and confer with you, as per Her Honor's pretrial Order. Pick a time sir." Because we
6    had not yet meet and conferred regarding the Final Pretrial Conference as required
7    by Local Rule 16-2 I sent him an email that day asking what we would be discussing
8    on February 22. (**Exhibit C** hereto). In that email I suggested he familiarize himself
9    with the L.R. 16-2 meet and confer subjects and that it would be helpful if we
10   exchanged written information ahead of time. Attorney Rosen did not respond nor
11   did he respond to a follow-up email on February 21, 2021 (**Exhibit D** hereto).

12       15.    On *February 22, 2021*, the date Attorney Rosen set for a meet and
13   confer discussion, I called Attorney Rosen at 1:00 PST and 1:15 PST. He did not
14   answer. I left a voice mail message the first time but could not the second because
15   his voice mailbox was full. Also on that date I sent Attorney Rosen an email in which
16   I suggested we exchange exhibit and witness lists by February 25 (**Exhibit E** hereto).
17   Attorney Rosen did not respond.

18       16.    Plaintiffs' and Defendant's counsel have still not held their Local Rule
19   16-2 Final Pretrial Conference meet and confer.

20       17.    A proposed amended Schedule of Pretrial and Trial Dates is attached
21   hereto as **Exhibit K.**

22       18.    Kopets propounded an Interrogatory #38 requiring Kajajian to list the
23   elements of her trade dress. Kajajian responded: "Investigation pending. This
24   response will be supplemented in due course." Kopets propounded an Interrogatory
25   #39 requiring Kajajian to list the elements of Kopets' trade dress. Kajajian
26   responded: "Investigation pending. This response will be supplemented in due
27   course." Kajajian did not supplement either response.

28       19.    Kajajian did not produce any evidence during discovery that she "lost

money or property" as a consequence of Kopets' conduct nor did she produce any evidence Kopets caused either alleged harm.

20.    Kopets propounded an Interrogatory #1 in which she asked which of Kajajian's products Kopet's was allegedly infringing. Kajajian responded that Kopets was infringing only Kajajian's hair products.

21.    Kopets filed her federal trademark registration for "Larisa Love" to brand hair salon services on December 23, 2016.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of Mar 2021 at Carmichael, California.

By:    ____/ s /____

Daniel N. Ballard, Esq.
*Attorney for Larisa Love Kopets and Larisa Love, LLC*

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT

# A

 Gmail

**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Kopets v. Kajajian
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                    Mon, Feb 15, 2021 at 2:15 PM
To: "Simon Sez (simononkey@aol.com)" <simononkey@aol.com>, "Bautista, Leo (Leo.Bautista@lewisbrisbois.com)"
<Leo.Bautista@lewisbrisbois.com>
Cc: Pamela Koslyn <pkoslyn@koslynlaw.com>

Counsel,

I requested on January 12th, 23rd and February 3rd that you inform me when you were available to hold our mandatory
L.R.16-2 pre-trial conference meet and confer. Neither of you responded to any of my emails. The deadline to hold that
meet and confer was February 10. We missed it.

I attended a CLE class last week during which Ms. Kirby Gray, Clerk of the Court, mentioned that only one civil trial, via
Zoom, has been held in the Central District since the covid-19 restrictions were put in place and that, to date, the Chief
Judge has not established procedures for civil trials to continue. In short, I strongly doubt we'll be in trial in late April --
though much can, and should be, done beforehand.

I intend to file a motion requesting that the Court reset the trial date to July 20, 2021 and extend the dispositive motion
hearing date deadline to April 12, 2021 (the required 14 weeks before trial). Please find attached a proposed, amended
schedule and Judge Fisher's (relatively) new Standing Order re Court Trials.



DO YOU CONSENT to re-setting the dates as shown in the attached Schedule? And, if so, will you join in a Stipulation to
present that request?

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

---

**2 attachments**

📄 **Judge Fischer Standing Order re Court Trials 062020.pdf**
103K

📄 **Joint Rule 26f Report - Schedule - v.3.pdf**
95K

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT

# B

 Gmail

**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: Kopets v. Kajajian
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                    Wed, Feb 17, 2021 at 7:40 AM
To: "Simon Sez (simononkey@aol.com)" <simononkey@aol.com>, "Bautista, Leo (Leo.Bautista@lewisbrisbois.com)"
<Leo.Bautista@lewisbrisbois.com>
Cc: Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon and Leo,

If I don't hear from you by the end of the day regarding my request that you consent and stipulate to the proposed
amended trial schedule then I will file the motion anyway and note your failure to respond -- to that request and my many
requests to schedule our L.R. 16-2 meet and confer.

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**


On Mon, Feb 15, 2021 at 2:15 PM Daniel Ballard <danielballardlaw@gmail.com> wrote:
Counsel,

I requested on January 12th, 23rd and February 3rd that you inform me when you were available to hold our mandatory
L.R.16-2 pre-trial conference meet and confer. Neither of you responded to any of my emails. The deadline to hold that
meet and confer was February 10. We missed it.

I attended a CLE class last week during which Ms. Kirby Gray, Clerk of the Court, mentioned that only one civil trial, via
Zoom, has been held in the Central District since the covid-19 restrictions were put in place and that, to date, the Chief
Judge has not established procedures for civil trials to continue. In short, I strongly doubt we'll be in trial in late April --
though much can, and should be, done beforehand.

I intend to file a motion requesting that the Court reset the trial date to July 20, 2021 and extend the dispositive motion
hearing date deadline to April 12, 2021 (the required 14 weeks before trial). Please find attached a proposed, amended
schedule and Judge Fisher's (relatively) new Standing Order re Court Trials.

**DO YOU CONSENT** to re-setting the dates as shown in the attached Schedule? And, if so, will you join in a Stipulation
to present that request?

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT
# C

 Gmail                                          **Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: MEET AND CONFER
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                        Wed, <mark>Feb 17, 2021</mark> at 3:52 PM
To: Simon On Key <simononkey@aol.com>
Cc: "leo.bautista@lewisbrisbois.com" <leo.bautista@lewisbrisbois.com>, Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon,

1. As I have been doing in my emails to you, please cc my local counsel on all your emails.

2. "As per" what pretrial Order are you referring? The Scheduling Order (Dkt. 37 at p.13) we proposed was adopted by
the Court (see Dkt.'s 38 and 39). Our pretrial conference with the Court was set by that Order for March 22 -- which
means we should have had our pretrial conference met and confer on or before February 1 (see L.R. 16-2). You failed to
respond to my three requests to schedule that meeting. It also means we must each file our separate, and very thorough,
Memorandums of Contentions of Fact and Law no later than March 1 (see L.R. 16-4). Judge Fischer will rule on our
respective Motions in Limine during the pre-trial conference on March 22 (see Judge Fischer Standing Order at II(A)) so
they must also be filed by March 1 -- which is twelve days from now.

3. Which meet and confer obligation are you now available for on February 22? Are you available then to meet and confer
on (i) my motion to reset the trial date or (ii) our L.R. 16-2 pretrial conference meet and confer?

If the former, that's too late as I will have already waited the required 7 days before filing the motion to reset the trial date
(see L.R. 7-3). <mark>**So ... AGAIN, do you consent and will you stipulate** to request that the Court amend the Scheduling
Order</mark> as I set forth in my email on February 15? Note that Judge Fisher has already informed us she is "very unlikely to
grant continuances unless the parties establish good cause through a concrete showing. Failure to complete discovery in
a timely manner does not constitute good cause... ." (see Dkt. 39).

If the latter, then please thoroughly familiarize yourself with the L.R. 16-2 meet and confer subjects we must discuss and
our disclosure obligations with regard to witnesses and documents. Accomplishing all that must be done in that meeting
will require quite a few hours. It would be helpful if we exchanged written contentions etc. ahead of time.

<mark>**So ... AGAIN, do you consent and will you stipulate** to request that the Court amend the Scheduling Order as I set
forth in my email on February 15?</mark>

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

On Wed, Feb 17, 2021 at 2:42 PM Simon On Key <simononkey@aol.com> wrote:

> Dan-
>
> I am available on Monday, Feb 22 (Washingtons birthday) to meet and confer with you, as
> per Her Honor's pretrial Order.
>
> Pick a time sir.
>
> I am getting my Covid vaccine shot tomorrow, along with my wife and a 90 year
> old friend we're bringing along.  Tomorrow is a snowstorm too here.  Livin the dream.
>
> Please LMK what time works for you on Monday.  If not Monday, then Tuesday 2/23.

Thanks a bunch,

Simon

**LAW OFFICE OF SIMON ROSEN, PLLC** *estab 1983*
**128 GREENWOOD AVENUE**
**2ND FLOOR**
**WYNCOTE PA 19095**

**Tel. 215-564-0212 -Office**
     **215-519-9514- Cellular (no calls on weekends please)**
     **215-893-3900- Facsimile**

**Never give up. Never. Never. Never. Never.**
**NEVER!**
          **Sir Winston Churchill**

**Calmness Is Strength**

**Black Lives Matter**

**Music Is The Soul of the World**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT D

 Gmail                                                                      **Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: MEET AND CONFER
1 message

**Daniel Ballard** <danielballardlaw@gmail.com>                                    Sun, ==Feb 21, 2021== at 9:18 AM
To: Simon On Key <simononkey@aol.com>
Cc: "leo.bautista@lewisbrisbois.com" <leo.bautista@lewisbrisbois.com>, Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon,

1. On February 15th and again on the 17th I asked if you would consent and stipulate to filing a request to continue the trial date according to the schedule in my first email. You have not responded at all.So, last time: ==**DO YOU CONSENT TO REQUESTING A CONTINUANCE OF THE TRIAL DATE** according to the schedule I provided?==

2. I asked you on February 17th to tell me what meet and confer you are now available to hold on February 22nd -- the one for the request to continue the trial date or our L.R. 16-2 pretrial conference meet and confer? You have not responded. What are we going to be talking about tomorrow? I will call you at 1:00 p.m. PST.

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

On Wed, Feb 17, 2021 at 3:52 PM Daniel Ballard <danielballardlaw@gmail.com> wrote:
Simon,

1. As I have been doing in my emails to you, please cc my local counsel on all your emails.

2. "As per" what pretrial Order are you referring? The Scheduling Order (Dkt. 37 at p.13) we proposed was adopted by the Court (see Dkt.'s 38 and 39). Our pretrial conference with the Court was set by that Order for March 22 -- which means we should have had our pretrial conference met and confer on or before February 1 (see L.R. 16-2). You failed to respond to my three requests to schedule that meeting. It also means we must each file our separate, and very thorough, Memorandums of Contentions of Fact and Law no later than March 1 (see L.R. 16-4). Judge Fischer will rule on our respective Motions in Limine during the pre-trial conference on March 22 (see Judge Fischer Standing Order at II(A)) so they must also be filed by March 1 -- which is twelve days from now.

3. Which meet and confer obligation are you now available for on February 22? Are you available then to meet and confer on (i) my motion to reset the trial date or (ii) our L.R. 16-2 pretrial conference meet and confer?

If the former, that's too late as I will have already waited the required 7 days before filing the motion to reset the trial date (see L.R. 7-3). **So ... AGAIN, do you consent and will you stipulate** to request that the Court amend the Scheduling Order as I set forth in my email on February 15? Note that Judge Fisher has already informed us she is "very unlikely to grant continuances unless the parties establish good cause through a concrete showing. Failure to complete discovery in a timely manner does not constitute good cause... ." (see Dkt. 39).

If the latter, then please thoroughly familiarize yourself with the L.R. 16-2 meet and confer subjects we must discuss and our disclosure obligations with regard to witnesses and documents. Accomplishing all that must be done in that meeting will require quite a few hours. It would be helpful if we exchanged written contentions etc. ahead of time.

**So ... AGAIN, do you consent and will you stipulate** to request that the Court amend the Scheduling Order as I set forth in my email on February 15?

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**

**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**


On Wed, Feb 17, 2021 at 2:42 PM Simon On Key <simononkey@aol.com> wrote:

Dan-

I am available on Monday, Feb 22 (Washingtons birthday) to meet and confer with you, as per Her Honor's pretrial Order.

Pick a time sir.

I am getting my Covid vaccine shot tomorrow, along with my wife and a 90 year old friend we're bringing along.  Tomorrow is a snowstorm too here.  Livin the dream.

Please LMK what time works for you on Monday.  If not Monday, then Tuesday 2/23.

Thanks a bunch,

Simon

**LAW OFFICE OF SIMON ROSEN, PLLC**    *estab 1983*

**128 GREENWOOD AVENUE**
**2ND FLOOR**
**WYNCOTE PA 19095**

**Tel. 215-564-0212 -Office**
    **215-519-9514- Cellular (no calls on weekends please)**
    **215-893-3900- Facsimile**

**Never give up. Never. Never. Never. Never.**
**NEVER!**
        **Sir Winston Churchill**

**Calmness Is Strength**

**Black Lives Matter**

**Music Is The Soul of the World**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT E

 Gmail

**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: MEET AND CONFER
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                            Mon, Feb 22, 2021 at 2:10 PM
To: Simon On Key <simononkey@aol.com>
Cc: "leo.bautista@lewisbrisbois.com" <leo.bautista@lewisbrisbois.com>, Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon,

1. You arranged for a telephone conference with me today at a time of my choosing. I set it for 1:00 PST. You did not answer your phone at 1:00 or 1:15. I left a voicemail message the first time but could not the second time because your voice mailbox was full. It is now after 2:00.

2. **Please let me know when you will be available to hold our L.R. 16-2 conference.** This is my FOURTH time requesting that you set a date for that conference (the first request was on January 12th). Our conference was supposed to occur no later than February 1, 2021.
**NOTE:** We have *separate* Memorandums of Contentions of Fact and Law and witness lists due for filing **on March 1**. We also have a JOINT exhibit list and a JOINT final pretrial conference order also due for filing **on March 1.** Moreover, our motions in limine are also due **on March 1** which requires us to meet and confer on those evidentiary matters before the motions are filed. See Judge Fischer's Standing Order at II(A). *You are not cooperating in any of these matters.*

**I suggest that by February 25** we exchange, in writing, a list of proposed Stipulated Facts (see LR 16-2.2), a list identifying each Exhibit we intend to use (see LR 16-2.3), the Witnesses *and their contact information* we each intend to call (see FRCP 26(a)(3)(A)(i) and LR 16-2.4), and our Contentions of Law and Fact for each claim and affirmative defense we intend to try (see LR 16-2.5). Our exhibit and witness lists **MUST** be disclosed in writing *and served* as per FRCP 26(a)(4) and the Stipulated Facts and Contentions of Law and Fact must be included in our separate Memorandums of Contentions of Fact and Law anyway so, as for them, we wouldn't be duplicating any work. **DO YOU AGREE** to exchange all that information before we hold our LR 16-2 conference?

3. I've also asked you three times **whether you will consent and stipulate to filing a motion to continue the trial date according to the amended schedule I sent you on February 15. You have not responded to any of my requests. Will you consent and stipulate?**

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

On Sun, Feb 21, 2021 at 9:18 AM Daniel Ballard <danielballardlaw@gmail.com> wrote:
Simon,

1. On February 15th and again on the 17th I asked if you would consent and stipulate to filing a request to continue the trial date according to the schedule in my first email. You have not responded at all.So, last time: **DO YOU CONSENT TO REQUESTING A CONTINUANCE OF THE TRIAL DATE** according to the schedule I provided?

2. I asked you on February 17th to tell me what meet and confer you are now available to hold on February 22nd -- the one for the request to continue the trial date or our L.R. 16-2 pretrial conference meet and confer? You have not responded. What are we going to be talking about tomorrow? I will call you at 1:00 p.m. PST.

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**

**128 GREENWOOD AVENUE**
**2ND FLOOR**
**WYNCOTE PA 19095**

**Tel. 215-564-0212 -Office**
     **215-519-9514- Cellular (no calls on weekends please)**
     **215-893-3900- Facsimile**

**Never give up. Never. Never. Never. Never.**
**NEVER!**
               **Sir Winston Churchill**

**Calmness Is Strength**

**Black Lives Matter**

**Music Is The Soul of the World**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT F

 **Gmail**

**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: MEET AND CONFER
1 message

---

**Simon On Key** <simononkey@aol.com>                                   Mon, <mark>Mar 1, 2021</mark> at 3:18 PM
Reply-To: Simon On Key <simononkey@aol.com>
To: "danielballardlaw@gmail.com" <danielballardlaw@gmail.com>
Cc: "leo.bautista@lewisbrisbois.com" <leo.bautista@lewisbrisbois.com>

Dear Counsel-

Please allow me to apologize for the delay in responding to you.

<mark>I obtained my client's consent to obtain extension of the trial date.  I can prepare a Stipulation to file today for an extension of the trial,</mark>
Meet and Confer conference, as well as the extension of the pre-trial deadlines-
including your anticipated motions.

Kindly advise me if this is agreeable to you and I will get it to you in short order.

These have been very difficult times for all of us, and I have been dealing with some
particularly pressing personal issues that have distracted me from this piece of litigation.

Thank you for your anticipated understanding and cooperation.

Cordially yours,

*Simon Rosen, Esq.*

**LAW OFFICE OF SIMON ROSEN, PLLC**   *estab 1983*
**128 GREENWOOD AVENUE**
**2ND FLOOR**
**WYNCOTE PA 19095**

**Tel. 215-564-0212 -Office**
   **215-519-9514- Cellular (no calls on weekends please)**
   **215-893-3900- Facsimile**

**Never give up. Never. Never. Never. Never.
NEVER!**
            **Sir Winston Churchill**

**Calmness Is Strength**

**Black Lives Matter**

**Music Is The Soul of the World**

|  |  |

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT
# G

M Gmail

**Daniel Ballard <danielballardlaw@gmail.com>**

## Kopets v. Kajajian
1 message

**Daniel Ballard** <danielballardlaw@gmail.com>                                    Tue, Jan 12, 2021 at 6:24 PM
To: "Simon Sez (simononkey@aol.com)" <simononkey@aol.com>
Bcc: Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon,

When we spoke this afternoon you noted you intended to issue a trial subpoena to Joico and Ms. Love to appear and produce documents at the trial to be held on April 20, 2021. There is no such document production mechanism under the Federal Rules, the Central District Local Rules, or Judge Standish's Standing Orders.

First, case law clearly – and uniformly – holds that trial subpoenas issued under FRCP 45 may not be used to obtain discovery after the Court-ordered discovery deadline has passed. This is true in the Ninth Circuit and elsewhere. See, e.g., Integra Lifesciences I, Ltd. v. Merck KGaA, 190 F.R.D. 556, 561 (S.D. Cal. 1999); Marvin Lumber & Cedar Co. v. PPG Indus., Inc., 177 F.R.D. 443, 445 (D. Minn. 1997); Dreyer v. GACS, Inc., 204 F.R.D. 120, 122 (N.D. Ind. 2001).

Second, please review L.R. 16-2 which obligates us to meet no later than forty days before the Pretrial Conference on **March 22** – so on or before **February 10** – to, among many other things, "disclose all exhibits to be used at trial other than those contemplated to be used solely for impeachment, as set forth in F.R.Civ.P. 26(a)(3)(A)(iii)" In fact, FRCP 26(a)(3)(A)(iii) requires us to identify each document and other exhibit we expect to offer into testimony, and those we may offer if the need arises. Under L.R. 16-2.6 we're required to try to resolve any evidentiary objections we have to each other's disclosures at that meeting. If we can't resolve them we have 14 days to file an objection with the Court, together with the grounds for it, that may be made to the admissibility of an exhibit. FRCP 26(a)(3)(B). Under Judge Standish's Standing Order we're obligated to meet again, on or before **April 10**, "to stipulate, so far as is possible, to foundation, to waiver of the best evidence rule, and to those exhibits that may be received into evidence at the start of the trial." We're also required under that Order to file with the Court, on or before **April 13**, a joint exhibit list properly marked pursuant to L.R. 26-3. On **April 20**, the first day of trial, we're required to lodge a tabbed and indexed physical binder that contains all the properly marked exhibits.

So ... if you -- or more precisely your local counsel -- issues a subpoena for the production of documents to be produced at trial we will object and move to quash.

Also, please prepare for the L.R. 16-2 meeting we must hold no later than **February 10**. We're obligated to discuss, and agree on if possible, a very large number of substantial issues – most of which we must present to the Court in our separate Memorandums of Contentions of Fact and Law due on **March 1**, along with each of our Motions in Limine.

Regards,

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT H



**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Kopets v. Kajajian (2 of 2) re Pretrial Conference procedure
1 message

**Daniel Ballard** <danielballardlaw@gmail.com>                 Sat, <mark>Jan 23, 2021</mark> at 8:26 AM
To: "Simon Sez (simononkey@aol.com)" <simononkey@aol.com>, "Bautista, Leo (Leo.Bautista@lewisbrisbois.com)"
<Leo.Bautista@lewisbrisbois.com>, "Burgaard, Sudhir (Sudhir.Burgaard@lewisbrisbois.com)"
<Sudhir.Burgaard@lewisbrisbois.com>
Cc: Pamela Koslyn <pkoslyn@koslynlaw.com>

Counsel,

I sent the following to Attorney Rosen on January 12 by email. I have not heard back on scheduling our required pretrial
conferences.

"Please review L.R.16-2 which obligates us to meet no later than forty days before the Pretrial Conference on **March 22** –
so on or before **February 10** – to, among many other things, "disclose all exhibits to be used at trial other than those
contemplated to be used solely for impeachment, as set forth in F.R.Civ.P. 26(a)(3)(A)(iii)" In fact, FRCP 26(a)(3)(A)(iii)
requires us to identify each document and other exhibit we expect to offer into testimony, <u>and</u> those we may offer if the
need arises. Under L.R. 16-2.6 we're required to try to resolve any evidentiary objections we have to each other's
disclosures at that meeting. If we can't resolve them we have 14 days to file an objection with the Court, together with the
grounds for it, that may be made to the admissibility of an exhibit. FRCP 26(a)(3)(B). Under Judge Fischer's Standing
Order we're obligated to meet again, on or before **April 10**, "to stipulate, so far as is possible, to foundation, to waiver of
the best evidence rule, and to those exhibits that may be received into evidence at the start of the trial." We're also
required under that Order <u>to file</u> with the Court, on or before **April 13**, a joint exhibit list properly marked pursuant to L.R.
26-3. On **April 20**, the first day of trial, we're required to lodge a tabbed and indexed physical binder that contains all the
properly marked exhibits."

<mark>Please let me know what day you'd like to meet</mark> for our L.R.16-2 conference. We're obligated to discuss a great many
substantive matters during that conference and, separately, file a very thorough memorandum with the Court discussing
those matters by **March 1**.

Daniel Ballard

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT

# I

 Gmail                                                    **Daniel Ballard <danielballardlaw@gmail.com>**

---

**(no subject)**
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                    Wed, Feb 3, 2021 at 3:58 PM
To: "Simon Sez (simononkey@aol.com)" <simononkey@aol.com>, "Bautista, Leo (Leo.Bautista@lewisbrisbois.com)"
<Leo.Bautista@lewisbrisbois.com>, "Burgaard, Sudhir (Sudhir.Burgaard@lewisbrisbois.com)"
<Sudhir.Burgaard@lewisbrisbois.com>
Cc: Pamela Koslyn <pkoslyn@koslynlaw.com>

    Counsel,

    I sent the following to Attorney Rosen on January 12 by email and to both him and his local counsel on January 23rd. So ... twice now.

    I haven't heard back on scheduling our required pretrial conferences.

    "Please review L.R.16-2 which obligates us to meet no later than forty days before the Pretrial Conference on **March 22** – so on or before **February 10** – to, among many other things, "disclose all exhibits to be used at trial other than those contemplated to be used solely for impeachment, as set forth in F.R.Civ.P. 26(a)(3)(A)(iii)" In fact, FRCP 26(a)(3)(A)(iii) requires us to identify each document and other exhibit we expect to offer into testimony, <u>and</u> those we may offer if the need arises. Under L.R. 16-2.6 we're required to try to resolve any evidentiary objections we have to each other's disclosures at that meeting. If we can't resolve them we have 14 days to file an objection with the Court, together with the grounds for it, that may be made to the admissibility of an exhibit. FRCP 26(a)(3)(B). Under Judge Fischer's Standing Order we're obligated to meet again, on or before **April 10**, "to stipulate, so far as is possible, to foundation, to waiver of the best evidence rule, and to those exhibits that may be received into evidence at the start of the trial." We're also required under that Order <u>to file</u> with the Court, on or before **April 13**, a joint exhibit list properly marked pursuant to L.R. 26-3. On **April 20**, the first day of trial, we're required to lodge a tabbed and indexed physical binder that contains all the properly marked exhibits."

    <mark>Please let me know what day ON OR BEFORE FEBRUARY 10 that you'd like to meet for our L.R.16-2 conference.</mark> We're obligated to discuss a great many substantive matters during that conference and, separately, file a very thorough memorandum with the Court discussing those matters by **March 1**.

    In light of our very great differences on settlement we need to take very seriously our pre-trial obligations. Lead counsel, that is local counsel, are required to meet.

    Dan

    **Daniel Ballard**
    **Law Office of Daniel N. Ballard, Esq.**
    **6624 Penney Way**
    **Carmichael, CA 95608**
    **916-607-3904**

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT
# J

 Gmail

**Daniel Ballard <danielballardlaw@gmail.com>**

---

## Re: Larissa Love
1 message

---

**Daniel Ballard** <danielballardlaw@gmail.com>                                   Thu, <mark>Feb 4, 2021</mark> at 4:35 PM
To: Simon Sez <simononkey@aol.com>
Cc: Leo Bautista <leo.bautista@lewisbrisbois.com>, Pamela Koslyn <pkoslyn@koslynlaw.com>

Simon,

You sent me an email on January 25, 2021, cc'd to your local counsel, in which you wrote: "Good morning counsel. My client has granted me authority to enter into a Stipulation to dismiss with prejudice your second claim for declaratory relief wherein you sought to cancel my client's Larissa Love trademark. Please prepare the appropriate Stipulation for Dismissal With Prejudice for review." I've prepared that stipulation. The fact that you now no longer want to be bound by it is odd, and obstructionist, but is not an obstacle to my filing the Consent and Stipulation anyway. I will do so.

As for our pre-trial conference meet and confer, let's first agree WHEN that will occur. I suggest a Zoom meeting attended by the two of us and each of our local counsels. <mark>Pick a day and time on or before our February 10 deadline and let me know.</mark>

As for the documents you intend to designate as exhibits during that meet and confer, we can discuss them at that time as well as your foundation and argument for their admissibility (in light of our FRCP 26(a)(3)(B) opportunity to object to each other's exhibits. Note: We're supposed to work collaboratively in good faith on evidentiary matters so as not to unnecessarily involve the court. I hope we can.

As for not-yet-produced documents you think you may demand produced on the first day of trial, I've already explained to you that controlling law prohibits the use of a trial subpoena to demand the production of documents that could have been requested during discovery. See, e.g., *F.T.C. v. Netscape Commc'ns Corp.,* 196 F.R.D. 559, 560 (N.D. Cal. 2000); Integra Lifesciences I, Ltd. v. Merck KGaA, 190 F.R.D. 556, 561 (S.D. Cal. 1999); *nSight, Inc. v. PeopleSoft, Inc.,* No. 3:04CV3836MMC (MEJ), 2006 WL 988807, at *2 (N.D. Cal. Apr. 13, 2006). Hear this clearly: I will not produce documents on the first day of trial. Period. If you issue any such subpoena I will serve you an objection, under FRCP 45(d)(2)(B), and you will then have to move to compel. Good luck with that.

Dan

**Daniel Ballard**
**Law Office of Daniel N. Ballard, Esq.**
**6624 Penney Way**
**Carmichael, CA 95608**
**916-607-3904**

On Thu, Feb 4, 2021 at 3:45 PM Simon Sez <simononkey@aol.com> wrote:
> I'm in transit. As per my text message to you if this morning, counsel for Kajajian agrees that the stip is not acceptable either in form or substance.  There was never any such agreement at all as stated in a prior communique from you.
>
> I am readying to comply w the Feb 10 deadline and you can consider ALL documents provided through disclosures and responses to your document request to be exhibits at trial- as well as JOICO payment records subpoenaed for trial- for rebuttal purposes if Kopets doesn't come clean with her monies from Joico.
>
> Thank you.
>
> Sincerely
>
> SR
>
> Sent from my Simon Sez phone

*Kopets v. Kajajian*, Case No. 2:19-cv-07990-DSF (GJSx)

# EXHIBIT K

## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: *Kopets v. Kajajian*

CASE NO: 2:19-cv-07990-DSF-GJS

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| Trial (~~jury~~)(court) (length _3__days) (**Tuesday**) | 8:30 am | | Aug 24, 2021 | | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | Aug 3, 2021 | | |
| Pretrial Conference, LR 16;                    (Monday)<br>Hearing on Motions in Limine | 3:00 pm | 4 | July 26, 2021 | | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16–7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | N/A | | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16–4;<br>Exhibit & Witness Lists, LR 16–5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | N/A | | |
| Last date to conduct ADR Proceeding, LR 16–15 | | 12 | Complete | | |
| Last day for **hearing** motions, LR 7            (Monday) | 1:30 pm | 14 | May 17, 2021 | | |
| Non–expert Discovery Cut–off | | 21+ | Complete | | |
| Expert Disclosure (initial) | | | Complete | | |
| Expert Disclosure (rebuttal) | | | Complete | | |
| Expert Discovery Cut–off | | 21+ | Complete | | |
| Last Date to Amend Pleadings or Add Parties | | | May 17, 2021 | | |
| | | | | | |

LR 16–15 ADR Choice:     [x] 1.  USMJ                    [ ] 3.  Outside ADR

[ ] 2.  Attorney Settlement Panel

Exhibit A

–9–