JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISA LOVE KOPETS, an individual, and LARISA LOVE, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>LARA KAJAJIAN, an individual,<br><br>Defendant. | Case No. 2:19-cv-07990-DSF (GJSx)<br><br>**JUDGMENT** |
| LARA KAJAJIAN, an individual,<br><br>Counterclaimant,<br>v.<br><br>LARISA LOVE KOPETS, an individual and LARISA LOVE, LLC, a California limited liability company,<br><br>Counterdefendants. | |

The Court having entered Amended Findings of Fact and Conclusions of Law After Court Trial,

IT IS ORDERED AND ADJUDGED that:

1. Declaratory Judgment is entered in favor of Plaintiffs Larisa Kopets and Larisa Love, LLC on their sole claim that they do not infringe any trademark rights Defendant Lara Kajajian may have in Kajajian's "LARISSA LOVE" trademark.

2. Judgment is entered in favor of Counterdefendants Larisa Kopets and Larisa Love, LLC and against Counterclaimant Lara Kajajian on each of Kajajian's counterclaims.

3. Plaintiffs are the prevailing parties and may recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. §1920.

IT IS SO ORDERED.

Date: May 23, 2022

                                              *Dale S. Fischer*
                                              Dale S. Fischer
                                              United States District Judge